UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

NOV 0 9 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

DOCKET NO.: 3:10CR56-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CONSENT ORDER AND** |
| v. ) | **JUDGMENT OF FORFEITURE** |
| ) | |
| SARAH LAVONNE WILLIS, ) | |
| ) | |
| Defendant. ) | |

BASED UPON the Defendant's plea of guilty, and finding that there is a substantial nexus between the property listed below and the 18 U.S.C. § 922(g) offense to which the Defendant has pled guilty and that the Defendant has or had a legal interest in the property, IT IS HEREBY ORDERED THAT:

1.    The following property is forfeited to the United States pursuant to 18 U.S.C. §§ 922, 924, and 3051(c), and/or 28 U.S.C. § 2461(c):

**One Hi-Point firearm, model C-9, 9mm cal., bearing serial number P1261697, and ammunition seized on or about February 25, 2010.**

2.    The United States Marshal and/or other property custodian for the investigative agency is authorized to maintain custody of the property;

3.    The United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the forfeited property, and shall publish notice of this forfeiture as required by law;

4.    Any person, other than the Defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest; and

5.    Following the Court's disposition of all timely petitions filed, a Final Order of Forfeiture shall be entered as to the specifically identified assets above. If no third party files a timely petition, this Order shall become the Final Order and Judgment of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property and shall dispose of the property according to law.

The parties stipulate and agree that the aforementioned assets constitute property derived from or traceable to proceeds of Defendant's 18 U.S.C. § 922(g) crime herein or property used in any manner to facilitate the commission of such offense and are therefore subject to forfeiture pursuant to 18 U.S.C. §§ 922, 924, and 3051, and/or 28 U.S.C. § 2461(c). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against Defendant. If the Defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, Defendant hereby withdraws that claim. If Defendant has not previously submitted such a claim, Defendant hereby waives all right to do so.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY


BENJAMIN BAIN-CREED
Assistant United States Attorney


SARAH LAVONNE WILLIS
Defendant


STEVEN T. MEIER, ESQ.
Attorney for Defendant


Signed this the 9th day of November 2010.


FRANK D. WHITNEY
UNITED STATES DISTRICT JUDGE